■ In the Matter of JOHN O. HUGHES, a Disbarred Attorney.—Application by John O. Hughes, a disbarred attorney

and counselor-at-law, for reinstatement to the Bar of the State of New York.

Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

Ordered that the application is denied. Mollen, J. P., Mangano, Thompson, Brown and Kunzeman, JJ., concur.